No. 87–5495.   HOK HO KWAN v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 87–5496.   RICHARDSON v. UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 87–5498.   ZUMBADO v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 86–1796.   SEQUOIA BOOKS, INC. v. ILLINOIS.   App. Ct. Ill., 2d Dist.   Certiorari denied.   JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petition for writ of certiorari and reverse the judgment.

No. 86–1987.   SEQUOIA BOOKS, INC. v. ILLINOIS.   App. Ct. Ill., 2d Dist.   Certiorari denied.   JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petition for writ of certiorari and reverse the judgment of conviction.

No. 87–134.   UNITED STATES v. SHONDE.   C. A. 8th Cir. Motion of respondent for leave to proceed in forma pauperis granted.   Certiorari denied.   JUSTICE BLACKMUN would grant certiorari.

No. 87–305.   CONE v. FLORIDA BAR ET AL.   C. A. 11th Cir. Motion of Ohio State Bar Association for leave to file a brief as amicus curiae granted.   Certiorari denied.

No. 87–326.   G. D. SEARLE & CO. v. SIMON ET AL.   C. A. 8th Cir.   Motions of Defense Research Institute and Trial Lawyers Association, Chamber of Commerce of the United States, Pharmaceutical Manufacturers Association, American Corporate Counsel Association, and American Insurance Association for leave to file briefs as amici curiae granted.   Certiorari denied.   JUSTICE BLACKMUN and JUSTICE O'CONNOR would grant certiorari.

No. 87–357.   ARKANSAS v. PICKENS.   Sup. Ct. Ark.   Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.